523 A.2d 1128

**HELLERTOWN MANUFACTURING CO., Appellant,**

v.

**James I. SCHEINER, Secretary, Pennsylvania Department of Revenue.**

Supreme Court of Pennsylvania.

April 9, 1987.

Donald LaBarre, Jr., Michael A. Henry, Allentown, for appellant.

Lisa J. Mungin, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

PER CURIAM.

AND NOW, this 9th day of April, 1987, it appearing that the direct appeal to this Court in the above-captioned matter has been improvidently filed, it is ORDERED, pursuant to Pa.R.A.P. 1102, that said appeal is deemed a Petition for Allowance of Appeal, and it is further ORDERED that the same is denied.